# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| ROBIN ANDERSON<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM SERVICES LLC,<br><br>    Defendant. | Case No. 2:20-CV-05336-SDM-CMV<br><br>Judge Sarah D. Morrison<br><br>Magistrate Judge Chelsey M. Vascura |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties who have appeared stipulate to dismiss all claims with prejudice. The parties also stipulate that they will bear their own costs, expenses, and attorneys' fees for this action. Finally, pursuant to *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 114 S.Ct. 1673, 128 L.E.2d 391 (1994), the parties stipulate that the Court shall retain jurisdiction to enforce the terms of any settlement agreement.

**STIPULATED AND AGREED:**

| THE SPITZ LAW FIRM, LLC | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| By: */s/ Trisha M. Breedlove*<br>    Trisha Breedlove (OH ID #0095852)<br>    Trisha.breedlove@spitzlawfirm.com<br>    1103 Schrock Road, Suite 307<br>    Columbus, Ohio 43229<br>    Telephone: +1.216.291.4744<br>    Fax: +1.216.291.5744<br><br>*Trial Attorney for Plaintiff* | By: */s/ Andrew J. Barber*<br>    Andrew J. Barber (OH #0091160)<br>    andrew.barber@morganlewis.com<br>    One Oxford Centre<br>    Thirty-Second Floor<br>    Pittsburgh, PA 15219-6401<br>    Telephone:+1.412.560.7449<br>    Facsimile:+1.412.560.7001<br><br>*Trial Attorney for Defendant Amazon* |